1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11
12

STEVEN LEE MYRICK,                      )  Case No. CV 10-1638 GHK (MRW)

13
                                                    Petitioner,      )

14
                      vs.                                )  ORDER ACCEPTING FINDINGS AND
                                                         )  RECOMMENDATIONS OF

15
SECRETARY OF CDCR,                      )  UNITED STATES MAGISTRATE
                                                         )  JUDGE

16
                                                    Respondent.    )
_____ )

17
18

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records

19
on file, and the Report and Recommendation of the United States Magistrate

20
Judge.  Further, the Court has engaged in a de novo review of those portions of the

21
Report to which Petitioner has objected.  The Court accepts the findings and

22
recommendation of the Magistrate Judge.

23
     IT IS ORDERED that Judgment be entered denying the Petition and

24
dismissing this action with prejudice.

25
26
DATE:   9/18/11   _____

27
HON. GEORGE H. KING

28
UNITED STATES DISTRICT JUDGE