UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEE MYRICK, | Case No. CV 10-1638 GHK (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| SECRETARY OF CDCR, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: 9/18/11

HON. GEORGE H. KING
UNITED STATES DISTRICT JUDGE